## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.,                                                PLAINTIFF
ADC #92713

v.                          No. 5:15CV00260-JLH-JTK

CHARLOTTE SANDERS, et al.                                        DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Nichols' Motion to Proceed *In Forma Pauperis* be DENIED. Document #14.

2. Plaintiff's second Motion for Rehearing be DENIED. Document #13.

3. Should Plaintiff wish to continue this case, he be required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

4. Plaintiff's Complaint be DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of October, 2015.

                                         _____
                                         J. LEON HOLMES
                                         UNITED STATES DISTRICT JUDGE