## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.,                                                                PLAINTIFF
ADC #92713

v.                               No. 5:15CV00260-JLH-JTK

CHARLOTTE SANDERS, et al.                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE